UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| NELSON GILDARDO PALMA AGUIRRE, ) )<br>Petitioner, )<br> )<br>v. )<br> )<br>ANTONE MONIZ et al., )<br> )<br>Respondents. )<br> ) | Civil No. 26-11927-LTS |

JUDGMENT

May 26, 2026

SOROKIN, J.

Pursuant to the Court's Electronic Order dated May 1, 2026 (Doc. No. 9), as enforced by the Court's Order dated May 21, 2026 (Doc. No. 16), the Petition for Writ of Habeas Corpus is ALLOWED for the reasons and to the extent the Court described.

SO ORDERED.

 /s/ Leo T. Sorokin
United States District Judge